IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HENRY SCIORTINO,<br><br>        Plaintiff,<br><br>v.<br><br>JARDEN, INC. a/k/a NEWELL BRANDS a/k/a PURE FISHING, INC.,<br><br>        Defendant. | CIVIL ACTION<br>NO. 17-0605 |

## ORDER

**AND NOW**, this 23rd day of July 2019, upon consideration of Defendant Pure Fishing, Inc.'s ("Defendant") Motion to Dismiss Plaintiff's Fourth Amended Complaint and to Strike this Complaint (Doc. No. 81), Plaintiff's Response in Opposition (Doc. No. 82), Defendant's Reply (Doc. No. 83), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Defendant's Motion to Dismiss Plaintiff's Fourth Amended Complaint (Doc. No. 81) is **DENIED.**

2. Defendant's Motion to Strike Plaintiff's Fourth Amended Complaint (Doc. No. 81) is **DENIED.**

3. Defendant shall file an Answer to the Fourth Amended Complaint (Doc. No. 80) on or before August 12, 2019.

                                        BY THE COURT:

                                        _/s/ Joel Slomsky_____
                                        JOEL H. SLOMSKY, J.